UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    Case Number: 06-11904
          Plaintiff                          Honorable: George Caram Steeh
                                             Claim Number: C-55801

-VS-

JACQUELINE MCDOWELL,
          Defendant

## ORDER ALLOWING RECORDS SUBPOENA

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
on July 6, 2006.

PRESENT: HONORABLE GEORGE CARAM STEEH
United States District Judge

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to MERITECH MORTGAGE requesting a copy of the Defendant's Mortgage Application.

Dated: July 6, 2006

                                              S/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 6, 2006, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk